# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Clembente Febres Morales, et al

v.

Challenger Caribbean Corp.

**CASE NUMBER:** 96-1798 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.27.99   **Docket #** 96<br>[ ] **Plffs**  [x ] **Defts**  [ ] **Other**<br>**Title:** Verified Bill of Costs | The Court hereby grants Defendant's bill of costs, for a total of $1,590.00 as follows:<br><br>1)  $1,500.00 for interpreter fees. *See* 28 U.S.C. § 1920(6).<br>2)  $50.00 in copies. *See Rodriguez-Garcia v. Davila*, 904 F.2d 90, 100 (1st Cir. 1990) (Copy costs reasonably necessary to the maintenance of the action are allowable).<br>3)  $40.00 in expert witness fees. *See* 28 U.S.C. § 1821(b). |

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

Date 9/11/99

